UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT JACOBS, individually and on behalf of all others similarly situated, | Case No. 24-cv-10941 |
| Plaintiffs, | Hon. Sean F. Cox |
| v. | Magistrate Judge: Anthony P. Patti |
| FORD MOTOR COMPANY, | |
| Defendant. | |

| | |
|---|---|
| GABRIEL SHIFF and ROBERT SONSINI, on behalf of themselves and all others similarly situated, | Case No. 24-cv-11306 |
| Plaintiffs, | Hon. Sean F. Cox |
| v. | Magistrate Judge: Anthony P. Patti |
| FORD MOTOR COMPANY, | |
| Defendant. | |

## **ORDER OF CONSOLIDATION**

To promote convenience and judicial economy, to avoid unnecessary costs and delay, and pursuant to the stipulation of the parties, the Court orders the consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending before this Court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

**IT IS THEREFORE ORDERED** that the civil case number 24-11306 is consolidated with civil number 24-10941 for all purposes, including trial.

**IT IS FURTHER ORDERED** that **all subsequent papers filed after the date of this order shall be entered on civil number 24-10941**.

**IT IS FURTHER ORDERED** that civil number 24-11306 is hereby closed for administrative purposes.

Dated:  July 18, 2024               s/Sean F. Cox
                                    Sean F. Cox
                                    U. S. District Judge