UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT JACOBS, *et al.*,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendants.

Civil No. 24-cv-10941
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING DEFENDANT'S MOTIONS TO DISMISS AND TO COMPEL ARBITRATION WITHOUT PREJUDICE (ECF Nos. 33, 34)

On April 18, 2025, the Court held an on-the-record status conference with counsel for all parties to discuss two motions that Defendant Ford Motor Company has filed: (1) a motion to compel certain Plaintiffs to arbitrate their claims (ECF No. 33) and (2) a motion to dismiss (ECF No. 34). For the reasons explained on the record during the status conference, the motions are **TERMINATED WITHOUT PREJUDICE**. Plaintiffs shall collect their vehicle sales contracts and provide the contracts to Ford. Once Plaintiffs have done so, they shall file a notice on the docket that the contracts have been so provided. Ford shall then have 30 days to file a motion to compel arbitration and/or to dismiss based on the arbitration provisions in the vehicle sales contracts. Plaintiffs shall have 30 days to file a response to Ford's motion, and Ford shall have 15 days to file a reply. If, after the Court resolves Ford's

1

motion, there are any remaining Plaintiffs in this action who have not been compelled to arbitrate their claims, Ford may file a motion under Federal Rule of Civil Procedure 12(b)(6) to dismiss any claims brought by those remaining Plaintiffs within 21 days of the Court's order on Ford's arbitration motion.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126