UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT JACOBS, *et al.*,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 24-cv-10941
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT

On December 6, 2024, Plaintiffs filed a First Amended Consolidated Class Action Complaint against Defendant Ford Motor Company in which, among other things, Plaintiffs bring breach of warranty and fraud claims against Ford. (*See* Compl., ECF No. 1.) On December 19, 2025, Ford filed a motion to dismiss the claims of certain Plaintiffs pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 48.) One of Ford's bases for dismissal is that Plaintiffs have failed to plead sufficient facts in support of their claims. (*See id.*, PageID.1393-1394.)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Plaintiffs the opportunity to file a Second Amended Complaint in order to remedy the alleged deficiencies in their claims identified by Ford in the

1

motion to dismiss. The Court does not anticipate allowing Plaintiffs another opportunity to amend to add factual allegations that they could now include in their Second Amended Complaint. Simply put, this is Plaintiffs' opportunity to allege any and all additional facts, currently known to them, that may cure the alleged deficiencies in their claims.

By **January 9, 2026**, Plaintiffs shall file a notice on the docket in this action notifying the Court and Ford whether they will be filing a Second Amended Complaint. If Plaintiffs provide notice that they will be filing a Second Amended Complaint, they shall file that amended pleading by no later than **February 2, 2026**. If Plaintiffs provide notice that they will not be filing a Second Amended Complaint, they shall file a response to Ford's pending motion to dismiss by no later than **February 2, 2026**.

Finally, if Plaintiffs provide notice that they will be filing a Second Amended Complaint, the Court will terminate without prejudice Ford's motion to dismiss as moot. Ford may re-file a motion to dismiss directed at the Second Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

Dated: December 22, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2025, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126